OPINION — AG — ** CLAIMS — SCHOLARSHIP — EXPENSES ** CAN 19 O.S. 80.47 [19-80.47] (TRAVEL, MILEAGE, PER DIEM) AUTHORIZE THE PAYMENT BY THE COUNTY OF THAT PORTION OF EXPENSES NOT COVERED BY SAID SCHOLARSHIP FOR THE REASON THAT THE COUNTY WOULD BENEFIT FROM THE ADDED KNOWLEDGE AND TRAINING OF SUCH EMPLOYEE. IS THE PAYMENT LEGAL ? — NEGATIVE (TRAINING SCHOOL, OUT OF STATE) CITE: 19 O.S. 18.52 [19-18.52], OPINION NO. JULY 6, 1937 — TYRON (OFFICIAL BUSINESS) (JAMES P. GARRETT)